**Glenn HOLMES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 98028.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 16, 2012.

Amanda Page Faerber, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Todd T. Smith, Asst. Atty. Gen., for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, and KURT S. ODENWALD, JJ.

## ORDER

PER CURIAM.

Glenn Holmes appeals the motion court's denial of his Rule 29.15 motion for postconviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. The motion court's findings of fact and conclusions of law are not clearly erroneous. We affirm. Rule 84.16(b)(2)&(5).